Josh A. Cohen (SBN 217853)
Nicole Howell Neubert (SBN 246078)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
jcohen@clarencedyer.com
nhneubert@clarencedyer.com

Attorneys for Defendant ERIC PREE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR-11-0775 CW |
| | CR-06-0131 CW |
| Plaintiff, | |
| | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER CONTINUING SENTENCING** |
| | **HEARING FROM JULY 17, 2012 TO** |
| ERIC PREE, | **JULY 24, 2012** |
| Defendant. | |

     Having pled guilty pursuant to a plea agreement to mail-fraud conspiracy and aggravated identify theft, as well as admitted to violations of the conditions of his supervised release, defendant Eric Pree is presently scheduled to appear before this Court for sentencing on July 17, 2012.  Defense counsel has a scheduling conflict on July 17 that was not apparent at the time the Court scheduled the sentencing hearing.  Defense counsel will now be out of the district during the week of July 16.

     Accordingly, defense counsel has requested a stipulation from the government for a one-week continuance of the sentencing hearing to July 24, 2012.  The government does not oppose

1  the requested continuance.  Defense counsel has also consulted with the Probation Office, which
2  likewise does not oppose the requested continuance.  Mr. Pree is in custody and will earn credit
3  toward his sentence during the requested one-week delay.
4      Accordingly, the parties agree and stipulate that the sentencing hearing presently scheduled
5  for July 17, 2012 should be continued one week to July 24, 2012.
6      IT IS SO STIPULATED.

8  DATED: June 25, 2012                    Respectfully submitted,

9                                          /s/ Josh A. Cohen
10                                         _____
                                           Josh A. Cohen
11                                         Attorney for Eric Pree

12                                         /s/ Keslie Stewart
                                           _____
13                                         Keslie Stewart
                                           Assistant United States Attorney
14

15                              **ORDER**

16      Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that the
17  sentencing hearing in this matter presently scheduled for July 17, 2012 shall be continued to July
18  24, 2012 at 2:00 p.m.
19      IT IS SO ORDERED.

20  DATED:  7/2/2012                        _____
21                                          CLAUDIA WILKEN
                                            UNITED STATES DISTRICT JUDGE
22